UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
ATTORNEYS FOR DEFENDANT
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404

CHRISTOPHER M. VALENTINO, ESQ. (CV4312)

---

1199 SEIU GREATER UNITED
HEALTHCARE WORKERS EAST,

                Plaintiff,

    -against-

PORT JEFFERSON HEALTH CARE
CENTER,

                Defendant.

Case No. 08-CV-00398

---

TO:    LOWELL PETERSON, ESQ. (LP5405)
         MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
         Attorneys for Plaintiff
         1350 Broadway, Suite 501
         P.O. Box 822
         New York, New York 10018-0026
         (212) 239-4999

## CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, properly known as "Port Jefferson Health Care Center" certifies that: (a) Defendant is a private corporation that is not publicly held and is not part of a

publicly traded entity; and, (b) Defendant is not a governmental entity and is not controlled by or part of any governmental entity.

Dated: Melville, New York
       February 7, 2008

                      Respectfully submitted,

                      JACKSON LEWIS LLP
                      ATTORNEYS FOR DEFENDANT
                      58 South Service Road
                      Melville, New York 11747
                      (631) 247-0404

By: _____
     CHRISTOPHER M. VALENTINO  (CV4312)

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th of February, 2008, I caused a true and correct copy of the enclosed <u>CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE</u>, to be served upon counsel for Plaintiff, via electronic mail and first class mail to:

    TO:    LOWELL PETERSON, ESQ. (LP5405)
              MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
              Attorneys for Plaintiff
              1350 Broadway, Suite 501
              P.O. Box 822
              New York, New York 10018-0026
              (212) 239-4999

_____
CHRISTOPHER M. VALENTINO, ESQ. (CV4312)

I:\Clients\P\Port Jefferson\Funds Litigation\Rule 7 1.doc