McMahon, J

Feb-14-08  12:38pm  From-  T-017  P.002/002  F-028

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

JACKSON LEWIS LLP
*Attorneys for Defendant*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404
  ATTORNEY OF RECORD:
    CHRISTOPHER M. VALENTINO, ESQ. (CV4312)

---------------------------------------------------------x
1199 SEIU GREATER UNITED
HEALTHCARE WORKERS EAST,

                              Plaintiff,          Case No.: 08-CV-00398 (cm)

        -against-                                 **STIPULATION EXTENDING
                                                  DEFENDANT'S TIME TO
PORT JEFFERSON HEALTH CARE                        ANSWER, MOVE OR
CENTER,                                           OTHERWISE RESPOND TO
                                                  PLAINTIFF'S COMPLAINT**
                              Defendant.
---------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, that the time within which Defendant's have to answer, move or otherwise respond to Plaintiff's Complaint in this action, be and the same hereby is extended to and including March 14, 2008.

_____          _____
LOWELL PETERSON, ESQ. (LP5405)     CHRISTOPHER M. VALENTINO, ESQ. (CV4312)
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.  JACKSON LEWIS LLP
ATTORNEYS FOR PLAINTIFF            *ATTORNEYS FOR DEFENDANT*
1350 Broadway, Suite 501           58 South Service Road, Suite 410
P.O. Box 822                       Melville, New York 11747
New York, New York 10018-0026      (631) 247-0404
(212) 344-2929

Dated: 2/14/08                     Dated: 2/14/08

                        SO ORDERED:
                        _____
                        U.S.D.J.